DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500018032
Cashier ID: dgarci
Transaction Date: 09/11/2012
Payer Name: DANIEL L. HARGROVE, P.C.
------------------------------------
CIVIL FILING FEE
 For: DANIEL L. HARGROVE, P.C.
 Amount:          $350.00
------------------------------------
CHECK
 Check/Money Order Num: 1244
 Amt Tendered:  $350.00
------------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:      $0.00

SA-12-CA-0843. SEALED V. SEALED.