Case 5:12-cv-00843-XR   Document 12   Filed 05/20/13   Page 1 of 6

FILED
MAY 20 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARIA FERIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEVRY, INC., et al., <br><br> Defendants. | § § § § § § § § § § § Civ. A. No. SA:12-ca-0843-XR <br><br> **FILED UNDER SEAL** <br> **AND IN CAMERA** |

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, the government respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should the relator, the states or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the views of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claims.

The United States also requests that it be served with all notices of appeal.

Finally, the United States understands that several states are still investigating the relator's allegations and that at least one state – Illinois – has moved under state law for an extension of the intervention period and seal over this case. The United States does not oppose Illinois' request for an extension of the intervention and seal periods under its state statute while it is actively investigating this matter. The United States will monitor the progress of the states' investigations and reserves the right to request, at a later date, that the Complaint be unsealed and served upon the defendant. A proposed order accompanies this notice.

Date: May 20, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

ROBERT L. PITMAN
United States Attorney

By: _____
JOHN J. LoCURTO
Assistant United States Attorney
Texas Bar No. 24073750
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7362
Fax: (210) 384-7322
Email: john.locurto@usdoj.gov

MICHAEL D. GRANSTON
RENÉE BROOKER
RENÉE S. ORLEANS
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-4504

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I certify that, on May 20, 2013, I caused the United States' Notice of Election to Decline Intervention and proposed order to be served via electronic mail on counsel listed on the attached service list.

_____
JOHN J. LoCURTO

## Service List

| | |
|---|---|
| **Relator's Counsel:**<br>Jennifer McIntosh<br>Waters Kraus & Paul<br>711 Van Ness, Suite 220<br>San Francisco, CA 94102<br>jmcintosh@waterskraus.com | **California:**<br>Richard J. Cutler<br>Deputy Attorney General<br>California Department of Justice<br>1300 I Street<br>Sacramento, CA 95814<br>richard.cutler@doj.ca.gov |
| **Delaware:**<br>Edward Black<br>Deputy Attorney General<br>Delaware Attorney General's Office<br>Delaware Department of Justice<br>C600<br>820 North French Street<br>Wilmington, Delaware 19801<br>edward.black@state.de.us | **District of Columbia:**<br>Jane Drummey<br>Assistant Attorney General<br>Public Advocacy Section<br>Public Interest Division<br>District of Columbia Office of Attorney General<br>441 4th Street, N.W.<br>Suite 650 N<br>Washington, DC 20001<br>jane.drummey@dc.gov |
| **Florida:**<br>Mark S. Hamilton<br>Bureau Chief, North Region, Economic Crimes Division<br>Office of the Attorney General, Pam Bondi<br>State of Florida<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>Mark.Hamilton@myfloridalegal.com | **Hawaii:**<br>Steve Bumanglag<br>Michael Vincent<br>State of Hawaii Department of the Attorney General<br>333 Queen Street, Suite 200<br>Honolulu, HI 96813<br>steve.a.bumanglag@hawaii.gov<br>michael.s.vincent@hawaii.gov |
| **Illinois:**<br>Kate Pomper<br>Jane Flanagan<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>100 W. Randolph St., 11th Floor<br>Chicago, IL 60601<br>kpomper@atg.state.il.us<br>jflanagan@atg.state.il.us | **Indiana**:<br>Christina Clark<br>Corinne Gilchrist<br>Deputy Attorney General<br>Civil Litigation<br>302 W. Washington St., IGCS – 5th Floor<br>Indianapolis, IN 46204<br>christina.clark@atg.in.gov<br>corinne.gilchrist@atg.in.gov |
| **Iowa:**<br>Jeffrey Thompson<br>jeffrey.thompson@iowa.gov | **Massachusetts:**<br>Glenn Kaplan<br>Nicole Karatzas<br>Insurance & Financial Services Division, Office of Attorney General<br>One Ashburton Place<br>Boston, MA 02108-1598<br>glenn.kaplan@state.ma.us<br>nicole.karatzas@state.ma.us |

| | |
|---|---|
| **Minnesota:**<br>Jason Pleggenkuhle<br>Assistant Attorney General<br>Minnesota Attorney General's Office<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN  55101-2131<br>jason.pleggenkuhle@ag.state.mn.us | **Montana:**<br>Michael Black<br>Kelley Hubbard<br>Assistant Attorney General<br>Department of Justice<br>P.O. Box 201401<br>Helena, MT  59620-1401<br>mblack2@mt.gov<br>khubbard@mt.gov |
| **Nevada:**<br>Cassandra Joseph<br>Deputy Attorney General<br>State of Nevada Attorney General's Office<br>100 North Carson Street<br>Carson City, NV  89701-4717<br>cjoseph@ag.nv.gov | **New Jersey:**<br>Edward J. Mullins III<br>Deputy Attorney General<br>Government & Healthcare Fraud<br>Division of Law<br>124 Halsey Street<br>P.O. Box 45029<br>Newark, NJ 07101<br>edward.mullins@dol.lps.state.nj.us |
| **New Mexico:**<br>Seth T. Cohen<br>Assistant Attorney General<br>Office of Attorney General Gary King<br>P.O. Drawer 1508<br>Santa Fe, NM  87504-1508<br>scohen@nmag.gov | **New York:**<br>Randall M. Fox<br>Bureau Chief<br>Taxpayer Protection Bureau<br>Office of the New York Attorney General<br>120 Broadway, 25th Floor<br>New York, New York  10271<br>randall.fox@ag.ny.gov |
| **North Carolina:**<br>Jennifer Epperson<br>Assistant Attorney General<br>North Carolina Department of Justice<br>3824 Barrett Drive<br>Raleigh, N.C.  27609<br>jepperson@ncdoj.gov | **Rhode Island:**<br>Jim Lee<br>Chief, Civil Division<br>Rhode Island Department of Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>jlee@riag.ri.gov |
| **Tennessee:**<br>Lyndsay F. Sanders<br>Senior Counsel<br>False Claims (non-Medicaid) Team Leader<br>State of Tennessee Attorney General<br>Consumer Advocate and Protection Division<br>P.O. Box 20207<br>Nashville, TN  37202-0207<br>lindsay.sanders@ag.tn.gov | **Virginia:**<br>Wesley Russell<br>Assistant Attorney General, Education Section<br>Office of the Attorney General of Virginia<br>900 East Main Street<br>Richmond, Virginia 23219<br>wrussell@oag.state.va.us |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. MARIA FERIA, et al., | § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civ. A. No. SA:12-ca-0843-XR |
| DEVRY, INC., et al., | | **SEALED ORDER** |
| Defendants. | | |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court ORDERS as follows:

1. The parties shall serve all pleadings, motions and other papers filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts. The United States is entitled, at any time, to intervene in this action for good cause and/or to request that the Complaint be unsealed and served upon the defendant.

2. The parties shall serve all notices of appeal upon the United States.

3. All orders of this Court shall be sent to the United States.

4. Should the relator, the states, or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED. SIGNED this _____ day of _____, 2013.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE