## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. Maria Feria, Relator, *et al.*, | § | Civil Action No. SA:12-ca-0843-XR |
| | § | |
| Plaintiffs, | § | **FILED IN CAMERA AND UNDER** |
| | § | **SEAL PURSUANT TO** |
| vs. | § | **31 U.S.C. § 3730(b)(2) & ORDER OF** |
| | § | **THIS COURT** |
| | § | |
| DEVRY, INC., *et al.* | § | |
| | § | |
| Defendants. | § | |

## RELATOR MARIA FERIA'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Prior to service of the Complaint, an Answer, or any dispositive motion, Relator hereby files the instant notice voluntarily dismissing without prejudice the above-entitled case pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Pursuant to 31 U.S.C. § 3730(b)(1), an action brought under the False Claims Act, 31 U.S.C. § 3729 *et seq.* may be dismissed "only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Statutes of the named states include similar provisions. Relator has conferred with the United States and the States, and has confirmed that the Unites States and States consent to this dismissal, so long as it is without prejudice.

With respect to Oklahoma, on December 2, 2013, undersigned counsel received a call from Oklahoma Assistant Attorney General Christopher Robinson ("Assistant AG Robinson"). Assistant AG Robinson informed counsel that the state of Oklahoma was mistakenly included in the DeVry Complaint because Oklahoma does not have a general FCA statute. Rather, Oklahoma only has a Medicaid False Claims Act statute, 63 Okl. St. § 5053, *et seq.*

1

Because the claims asserted against DeVry do not involve the Medicaid or Medicare programs, Oklahoma should not have been included in the DeVry Complaint.

Assistant AG Robinson stated that Oklahoma consented to a dismissal without prejudice because there was no basis for such a claim on behalf of Oklahoma through the Oklahoma Medicaid False Claims Act, 63 Okl. St. § 5053, *et seq.* Oklahoma does not have a general FCA *Qui Tam* statute.

With respect to New Jersey, Relator has attached correspondence from Deputy Attorney General Edward J. Mullins III pursuant to N.J.S.A. 2A:32C05(c).

Respectfully submitted,

**WATERS & KRAUS, LLP**

By: _____

Dan Hargrove (TX Bar No. 00790822)
dhargrove@waterskraus.com
600 Navarro St., #500
San Antonio, TX 78205
Telephone: (210) 349-0515
Fax: (210) 349-3666

Loren Jacobson (TX Bar No. 24050813)
ljacobson@waterskraus.com
Caitlyn Silhan (TX Bar No. 24072879)
csilhan@waterskraus.com
3219 McKinney Ave.
Dallas, TX 75204
Telephone:  (214) 357-6244
and (800) 226-9880
Fax: (214) 357-7252

**LAW OFFICES OF DAVID H. GREENBERG**
David H. Greenberg (*Pro Hac Vice* Application to be Submitted)
6100 Wilshire Boulevard, Suite 1170
Los Angeles, California  90048
(323)782-0500  /  (888)204-1014

Attorneys for Plaintiff/Relator

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this 13th day of December, 2013, I have served copies of Relator's Notice of Voluntary Dismissal Without Prejudice, by first-class mail on:

| | |
|---|---|
| Richard J. Cutler<br>Deputy Attorney General<br>California Department of Justice<br>Corporate Fraud Section<br>1300 "I" Street<br>Sacramento, CA 95814 | Edward Black<br>Deputy Attorney General<br>Delaware Attorney General's Office<br>Delaware Department of Justice<br>C600<br>820 North French Street<br>Wilmington, DE 19801 |
| Jane Drummey<br>Assistant Attorney General<br>Public Advocacy Section<br>Public Interest Division<br>441 4th Street, NW, Suite 650 North<br>Washington, DC 20001 | Mark S. Hamilton<br>Bureau Chief, North Region<br>  Economic Crimes Division<br>Office of the Attorney General, Pam Bondi<br>State of Florida<br>The Capitol, PL-01<br>Tallahassee, FL 32399-1050 |
| Steve A. Bumanglag<br>Michael S. Vincent<br>State of Hawaii<br>Department of the Attorney General<br>333 Queen Street, Suite 200<br>Honolulu, HI 96813 | Jane Flanagan<br>Kate Pomper<br>Office of the Illinois Attorney General<br>100 W. Randolph St., 11th Floor<br>Chicago, IL 60601 |
| Christina Clark<br>Corinne Gilchrist<br>Office of the Attorney General<br>Civil Litigation<br>302 W. Washington St., IGCS – 5th Floor<br>Indianapolis, IN 46204 | Jeffrey Thompson<br>Deputy Attorney General<br>Hoover State Office Bldg.<br>1305 E. Walnut, Second Floor<br>Des Moines, IA 50319 |
| Glenn Kaplan<br>Assistant Attorney General<br>Insurance & Financial Services Division,<br>Office of Attorney General<br>Office of the Attorney General Martha Coakley<br>One Ashburton Place<br>Boston, MA  02108-1598 | Jason Pleggenkuhle<br>Assistant Attorney General<br>Minnesota Attorney General's Office<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN  55101-2131 |

| | |
|---|---|
| Michael Black<br>Kelley Hubbard<br>State of Montana<br>Office of the Attorney General<br>P. O. Box 201401<br>Helena, MT 59620-1401 | Charles Wayne Howle<br>Solicitor General<br>Cassandra Joseph<br>Deputy Attorney General<br>Office of the Attorney General<br>Carson City Office<br>100 N. Carson Street<br>Carson City, NV 89701-4717 |
| Edward J. Mullins, III<br>Deputy Attorney General<br>Janie Maton<br>Assistant Chief, Deputy Attorney General<br>State of New Jersey<br>124 Halsey Street<br>P.O. Box 45029<br>Newark, NJ 07101 | Seth T. Cohen<br>Assistant Attorney General<br>Office of Attorney General Gary King<br>P.O. Drawer 1508<br>Santa Fe, NM  87504-1508 |
| Randall M. Fox<br>Bureau Chief<br>Taxpayer Protection Bureau<br>Office of the New York Attorney General<br>120 Broadway – 25th Floor<br>New York, NY 10271 | Ward Zimmerman<br>Special Deputy Attorney General<br>North Carolina Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602 |
| Niki Batt<br>Christopher Robinson<br>Medicaid Fraud Control Unit<br>Oklahoma Office of Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | James Lee<br>Chief of the Civil Division<br>Rhode Island Attorney General<br>Providence County Courthouse<br>Licht Judicial Complex<br>250 Benefit Street, 2nd Floor<br>Providence, RI 02903 |

| | |
|---|---|
| Albert L. Partee, III<br>Lyndsay Sanders<br>State of Tennessee Attorney General<br>Consumer Advocate and Protection Division<br>P.O. Box 20207<br>Nashville, TN  37202-0207 | John J. LoCurto<br>Assistant United States Attorney<br>  for the Western District of Texas<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX  78216 |
| Noelle L. Shaw-Bell<br>Assistant Attorney General III<br>Health, Education & Social Services<br>4th Floor, Room 4040<br>Office of the Attorney General<br>900 East Main Street<br>Richmond, VA 23219 | |

DAN HARGROVE



**CHRIS CHRISTIE**
*Governor*

**KIM GUADAGNO**
*Lt. Governor*

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

**JOHN J. HOFFMAN**
*Acting Attorney General*

**CHRISTOPHER S. PORRINO**
*Director*

December 5, 2013

**VIA FIRST CLASS MAIL AND E-MAIL TO: csilhan@waterskraus.com**
Caitlyn Silhan, Esq.
Waters, Kraus & Paul
3219 McKinney Avenue
Dallas, TX 75204

Re:   United States of America ex rel. Maria Feria v. DeVry, Inc., et al.,
       No. SA:12-cv-00843-XR (W.D. Tex. filed Sept. 11, 2012)
       DOL Docket No. 12-03304

Dear Ms. Silhan:

The State of New Jersey ("New Jersey") hereby consents to Plaintiff Maria Feria's (the "Relator") voluntary dismissal of this action without prejudice pursuant to N.J.S.A. 2A:32C-5(c) and Fed. R. Civ. P. 41(a)(1). The Relator brings this action pursuant to the New Jersey False Claims Act, N.J.S.A. 2A:32C-1 to -18, among others, for alleged violations of New Jersey institution of higher education eligibility laws. At this time, New Jersey is unable to substantiate the New Jersey-specific claims as alleged in the Complaint dated September 11, 2011, and the Relator no longer wishes to pursue her claims. For the reasons stated herein, New Jersey consents to the Relator's voluntarily dismissal without prejudice.

Please send a copy of the Relator's notice of dismissal, and all documents filed with the Court in this matter, to the Attorney General via e-mail edward.mullins@dol.lps.state.nj.us.

Sincerely yours,

JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY

By: _____

Edward J. Mullins III
Deputy Attorney General

cc:   Janine Matton, Deputy Attorney General, Assistant Chief



124 Halsey Street ● TELEPHONE: (973) 648-3146 ● FAX: (973) 648-648-3879
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*