FILED
FEB 26 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARIA FERIA, et al., Plaintiffs, v. DEVRY, INC., et al., Defendants. | Civ. A. No. SA:12-ca-0843-XR |

## UNSEALING ORDER

The United States has moved to unseal this action. The Court, having reviewed the motion, and having noted that the United States and state co-plaintiffs have declined to intervene and that relator has voluntarily dismissed this action, finds that unsealing is warranted. It is, therefore, ORDERED that:

1. The United States' Unopposed Motion to Unseal Action is GRANTED.

2. The Complaint (Doc. #1) shall be UNSEALED.

3. In addition to the Complaint, the United States' Notice of Election to Decline Intervention (Doc. #12), relator's Notice of Voluntary Dismissal Without Prejudice (Doc. #30), and this Unsealing Order shall be UNSEALED.

4. All other contents of the Court's file in this action shall remain UNDER SEAL and shall not be made public.

5. This action is DISMISSED WITHOUT PREJUDICE and is TERMINATED.

SIGNED AND ENTERED this 26th day of February, 2014.

_____
HON. XAVIER RODRIGUEZ
United States District Judge